FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 JUL 19  PM 4 44

STEPHAN HARRIS, CLERK
CASPER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No.  12 CR 178 J |
| | ) | |
| Plaintiff, | ) | **Cts. 1-16** |
| | ) | **18 U.S.C. §§ 513(a) and 2(b)** |
| v. | ) | (Possession of and Uttering |
| | ) | Counterfeited Securities) |
| **ATHENA MARIE STREET,** | ) | |
| | ) | **Ct. 17:** |
| Defendant. | ) | **18 U.S.C. § 513(b)** |
| | ) | (Making Counterfeited Securities) |

### I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about February 7, 2011, in the District of Wyoming, Defendant, **ATHENA MARIE STREET**, did knowingly possess and utter a counterfeit security of Zions First National Bank, Salt Lake City, Utah, an "organization" within the meaning of 18 U.S.C. § 513(c)(4), with the intent to deceive Wells Fargo Bank N.A., Evanston, Wyoming, also an "organization" within the meaning of 18 U.S.C. § 513(c)(4), to wit: check number 90699, allegedly issued by Cardwell Distributing Inc., in the amount of $1,488.57.

In violation of 18 U.S.C. § 513(a).

## COUNT TWO

On or about February 23, 2011, in the District of Wyoming, Defendant, **ATHENA MARIE STREET**, did knowingly possess and utter a counterfeit security of Zions Bank, Ogden, Utah, an "organization" within the meaning of 18 U.S.C. § 513(c)(4), with the intent to deceive Wells Fargo Bank N.A., Evanston, Wyoming, also an "organization" within the meaning of 18 U.S.C. § 513(c)(4), to wit: check number 19710, allegedly issued by Double D Distribution, Inc., in the amount of $736.89.

In violation of 18 U.S.C. § 513(a).

## COUNT THREE

On or about May 12, 2011, in the District of Wyoming, the Defendant, **ATHENA MARIE STREET**, did knowingly possess and willfully caused to be uttered a counterfeit security of Banner Bank, Hermiston, Oregon, an "organization" within the meaning of 18 U.S.C. § 513(c)(4), with the intent to deceive 1st Bank of Evanston, Evanston, Wyoming, also an "organization" within the meaning of 18 U.S.C. § 513(c)(4), to wit: check number 119901, allegedly issued by Northwestern Commission Company, in the amount of $1,611.73.

In violation of 18 U.S.C. §§ 513(a) and 2(b).

## COUNT FOUR

On or about May 17, 2011, in the District of Wyoming, the Defendant, **ATHENA MARIE STREET**, did knowingly possess and utter a counterfeit security of Banner Bank, Hermiston,

2

Oregon, an "organization" within the meaning of 18 U.S.C. § 513(c)(4), with the intent to deceive U.S. Bank, Evanston, Wyoming, also an "organization" within the meaning of 18 U.S.C. § 513(c)(4), to wit: check number 129901, allegedly issued by Northwestern Livestock Comm. Co., in the amount of $4,978.12.

In violation of 18 U.S.C. § 513(a).

### COUNT FIVE

On or about May 18, 2011, in the District of Wyoming, the Defendant, **ATHENA MARIE STREET**, did knowingly possess and utter a counterfeit security of Banner Bank, Hermiston, Oregon, an "organization" within the meaning of 18 U.S.C. § 513(c)(4), with the intent to deceive 1st Bank, Evanston, Wyoming, also an "organization" within the meaning of 18 U.S.C. § 513(c)(4), to wit: check number 119904, allegedly issued by Northwestern Commission Company, in the amount of $1,844.00.

In violation of 18 U.S.C. § 513(a).

### COUNT SIX

On or about May 18, 2011, in the District of Wyoming, the Defendant, **ATHENA MARIE STREET**, did knowingly possess and utter a counterfeit security of Banner Bank, Hermiston, Oregon, an "organization" within the meaning of 18 U.S.C. § 513(c)(4), with the intent to deceive Wells Fargo, N.A., Evanston, Wyoming, also an "organization" within the meaning of 18 U.S.C. §

513(c)(4), to wit: check number 119985, allegedly issued by Northwestern Commission Company, in the amount of $163.96.

In violation of 18 U.S.C. § 513(a).

## COUNT SEVEN

On or about May 18, 2011, in the District of Wyoming, the Defendant, **ATHENA MARIE STREET**, did knowingly possess and utter a counterfeit security of Banner Bank, Hermiston, Oregon, an "organization" within the meaning of 18 U.S.C. § 513(c)(4), with the intent to deceive Wells Fargo, N.A., Evanston, Wyoming, also an "organization" within the meaning of 18 U.S.C. § 513(c)(4), to wit: check number 119905, allegedly issued by Northwestern Commission Company, in the amount of $1,985.50.

In violation of 18 U.S.C. § 513(a).

## COUNT EIGHT

On or about May 23, 2011, in the District of Wyoming, the Defendant, **ATHENA MARIE STREET**, did knowingly possess and utter a counterfeit security of Banner Bank, Hermiston, Oregon, an "organization" within the meaning of 18 U.S.C. § 513(c)(4), with the intent to deceive Wells Fargo Bank N.A., Evanston, Wyoming, also an "organization" within the meaning of 18 U.S.C. § 513(c)(4), to wit: check number 128901, allegedly issued by Northwestern Livestock Comm. Co., in the amount of $7,218.63.

In violation of 18 U.S.C. § 513(a).

### COUNT NINE

On or about June, 1, 2011, in the District of Wyoming, the Defendant, **ATHENA MARIE STREET**, did knowingly possess and utter a counterfeit security of Banner Bank, Hermiston, Oregon, an "organization" within the meaning of 18 U.S.C. § 513(c)(4), with the intent to deceive Wells Fargo Bank, N.A., Evanston, Wyoming, also an "organization" within the meaning of 18 U.S.C. § 513(c)(4), to wit: check number 120905, allegedly issued by Northwestern Commission Company, in the amount of $1,145.05.

In violation of 18 U.S.C. § 513(a).

### COUNT TEN

On or about June 6, 2011, in the District of Wyoming, the Defendant, **ATHENA MARIE STREET**, did knowingly possess and utter a counterfeit security of Banner Bank, Hermiston, Oregon, an "organization" within the meaning of 18 U.S.C. § 513(c)(4), with the intent to deceive Wells Fargo Bank N.A., Evanston, Wyoming,  also an "organization" within the meaning of 18 U.S.C. § 513(c)(4), to wit: check number 128101, allegedly issued by Northwestern Livestock Comm. Co., in the amount of $3,754.73.

In violation of 18 U.S.C. § 513(a).

### COUNT ELEVEN

On or about June 3, 2011, in the District of Wyoming, the Defendant, **ATHENA MARIE STREET**, did knowingly possess and utter a counterfeit security of Banner Bank, Hermiston,

Oregon, an "organization" within the meaning of 18 U.S.C. § 513(c)(4), with the intent to deceive

U.S. Bank, Evanston, Wyoming, also an "organization" within the meaning of 18 U.S.C. § 513(c)(4),

to wit: check number 128151, allegedly issued by Northwestern Livestock Comm. Co., in the

amount of $3,851.12.

In violation of 18 U.S.C. § 513(a).

## COUNT TWELVE

On or about June 7, 2011, in the District of Wyoming, the Defendant, **ATHENA MARIE**

**STREET**, did knowingly possess and utter a counterfeit security of Banner Bank, Hermiston,

Oregon, an "organization" within the meaning of 18 U.S.C. § 513(c)(4), with the intent to deceive

U.S. Bank, Evanston, Wyoming, also an "organization" within the meaning of 18 U.S.C. § 513(c)(4),

to wit: check number 128101, allegedly issued by Northwestern Livestock Comm. Co., in the

amount of $5,275.42.

In violation of 18 U.S.C. § 513(a).

## COUNT THIRTEEN

On or about May 31, 2011, in the District of Wyoming, the Defendant, **ATHENA MARIE**

**STREET**, did knowingly possess and utter a counterfeit security of First Bank, Evanston, Wyoming,

an "organization" within the meaning of 18 U.S.C. § 513(c)(4), with the intent to deceive Wells

Fargo Bank N.A., Evanston, Wyoming,  also an "organization" within the meaning of 18 U.S.C. §

513(c)(4), to wit: check number 9161, allegedly issued by Mountain Regional Services, Inc., in the amount of $2,327.61.

In violation of 18 U.S.C. § 513(a).

## COUNT FOURTEEN

On or about June 3, 2011, in the District of Wyoming, the Defendant, **ATHENA MARIE STREET**, did knowingly possess and utter a counterfeit security of First Bank, Evanston, Wyoming, an "organization" within the meaning of 18 U.S.C. § 513(c)(4), with the intent to deceive Wells Fargo Bank N.A., Evanston, Wyoming,  also an "organization" within the meaning of 18 U.S.C. § 513(c)(4), to wit: check number 9361, allegedly issued by Mountain Regional Services, Inc., in the amount of $2,884.32.

In violation of 18 U.S.C. § 513(a).

## COUNT FIFTEEN

On or about June 3, 2011, in the District of Wyoming, the Defendant, **ATHENA MARIE STREET**, did knowingly possess and utter a counterfeit security of First Bank, Evanston, Wyoming, an "organization" within the meaning of 18 U.S.C. § 513(c)(4), with the intent to deceive Wells Fargo Bank N.A., Evanston, Wyoming,  also an "organization" within the meaning of 18 U.S.C. § 513(c)(4) to wit: check number 9162, allegedly issued by Mountain Regional Services, Inc., in the amount of $2,288.07.

In violation of 18 U.S.C. § 513(a).

7

## COUNT SIXTEEN

On or about June 13, 2011, in the District of Wyoming, the Defendant, **ATHENA MARIE STREET**, did knowingly possess and utter a counterfeit security of First Bank, Evanston, Wyoming, an "organization" within the meaning of 18 U.S.C. § 513(c)(4), with the intent to deceive Wells Fargo Bank N.A., Evanston, Wyoming,  also an "organization" within the meaning of 18 U.S.C. § 513(c)(4), to wit: check number 9662, allegedly issued by Mountain Regional Services, Inc., in the amount of $3,883.13.

In violation of 18 U.S.C. § 513(a).

## COUNT SEVENTEEN

From on or about January 12, 2011, through and including on or about June 13, 2011, in the District of Wyoming, the Defendant, **ATHENA MARIE STREET**, did knowingly make, receive and possess implements designed for or particularly suited for making a counterfeit or forged security, to wit:

1. One black and silver PC Innovations computer, serial number 105373;

2. One Microsoft Windows OEM computer program, license number X12-53761;

3. Blank check stock paper;

4. Saved images of counterfeit securities allegedly issued by Cardwell Distributing, Inc.;

5. Saved images of  counterfeit securities allegedly issued by Mountain Regional Services, Inc.;

8

6.      Saved images of counterfeit securities allegedly issued by Double D Distribution
        Company; and

7.      Saved images of counterfeit securities allegedly issued by Northwestern Livestock
        Comm. Co.

In violation of 18 U.S.C. § 513(b).

A TRUE BILL:

_Kevin J. Frank_
FOREPERSON

_Chr W lys_
CHRISTOPHER A. CROFTS
United States Attorney

9

## PENALTY SUMMARY

**DEFENDANT NAME:**    ATHENA MARIE STREET

**DATE:**    July 17, 2012

**INTERPRETER NEEDED:**    _____ Yes    ✓ No

**VICTIM:**    __✓ Yes     _____ No

**SEAL CASE:**    _____ Yes     ✓ No

**OFFENSE**:    **Cts. 1-16:**    **18 U.S.C. §§ 513(a) and 2(b)**
    **(Possession of and Uttering Counterfeited Securities)**

**PENALTIES**:    0-10 YEARS IMPRISONMENT
    $250,000 FINE
    3 YEARS SUPERVISED RELEASE
    $100 SPECIAL ASSESSMENT

**OFFENSE:**    **Ct 17:**    **18 U.S.C. § 513(b)**
    (Making Counterfeited Securities)

**PENALTIES**:    0-10 YEARS IMPRISONMENT
    $250,000 FINE
    3 YEARS SUPERVISED RELEASE
    $100 SPECIAL ASSESSMENT

**TOTALS:**    0-170 YEARS IMPRISONMENT
    $4,250,000 FINE
    3 YEARS SUPERVISED RELEASE
    $1,700 SPECIAL ASSESSMENT

**AGENT:**    Rick Near/USS  **AUSA:**    Lisa Leschuck

**ESTIMATED TIME OF TRIAL:**    ✓ 1-5 days     _____ more than 5 days

**THE GOVERNMENT WILL SEEK DETENTION IN THIS CASE:**

X Yes    ✓ No

**The court should not grant bond because the Defendant is not bondable because there are detainers from other jurisdictions:**

_____ Yes    _____ No